692

13 So.2d 901

**A. R. THOMPSON v. STATE.**

6 Div. 31.

Court of Appeals of Alabama.
May 18, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

19 So.2d 855

**Lawton THOMPSON v. STATE.**

8 Div. 426.

Court of Appeals of Alabama.
Nov. 7, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

19 So.2d 855

**Lawton THOMPSON v. STATE.**

8 Div. 433.

Court of Appeals of Alabama.
Nov. 7, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

18 So.2d 121

**Gus THORNTON v. STATE.**

I Div. 470.

Court of Appeals of Alabama.
April 18, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.

13 So.2d 902

**Fred THRASHER v. STATE.**

7 Div. 724.

Court of Appeals of Alabama.
April 13, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.

17 So.2d 189

**J. T. TILLMAN v. STATE.**

8 Div. 382.

Court of Appeals of Alabama.
Dec. 14, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.